**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DEMETRIUS WRIGHT,                 :   No. 41 MM 2019

                       :

             Petitioner       :

                       :

                       :

             v.               :

                       :

                       :

JOHN A. VASKOV, ESQUIRE DEPUTY   :
PROTHONOTARY OF THE SUPREME    :
COURT OF PENNSYLVANIA IN HIS      :
OFFICIAL CAPACITY,                :

                       :

            Respondent     :


## ORDER


**PER CURIAM**

     **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.